Lydia S. Smith v. Charles F. W. Horn.— Motion denied, with ten dollars costs.

Colwell Lead Company v. Home Title Insurance Company of New York.— Motion granted, question certified as stated in order.

Herman Van Slochem v. Edward Ashforth and Others.— Motion granted, question certified as stated in order.

John J. Dickinson v. David J. Tysen, Impleaded, etc. (2 cases.) — In each case motion denied, with ten dollars costs.

Juan E. Wester and Others v. Casein Company of America.— Motion granted. See memorandum per curiam. Order to be settled on notice.

Frederic W. Shepard v. The City of New York.— Motion denied, with ten dollars costs. Order to be settled on notice.

In the Matter of Samuel Lewis, Jr.— Reference ordered. Order to be settled on notice.

In the Matter of Public Service Commission (In the Matter of Whitehall Street-East River-Montague Street Route).— Report confirmed.

35% Automobile Supply Company v. William Rubly.— Motion granted on conditions stated in memorandum per curiam. Order to be settled on notice.

In the Matter of Andrew D. Parker.— On referee's report, proceedings dismissed. Order to be settled on notice.

In the Matter of Max Drefkoff.— Referred to official referee. Order to be settled on notice.

In the Matter of Robert Kuehnert.—Interrogatories allowed and settled.

---

## SECOND DEPARTMENT, DECEMBER, 1912.

CHARLES SMITH, Respondent, v. THE EXCELSIOR BREWING COMPANY, Appellant.

Appeal by the defendant from an order of the Supreme Court, made at the Kings County Special Term and entered in the office of the clerk of the county of Kings on the 18th day of June, 1912.

PER CURIAM: The amendment to the complaint did not change the cause of action. It was of such a character that it might have been granted at the trial without conditions, and thereafter, and without further delay, the trial might have proceeded. If any criticism is to be made upon the conditions imposed it would be that they are more favorable to the appellant than it is entitled to. So much of the order as is appealed from should be affirmed, with ten dollars costs and disbursements, and, in view of this disposition of the appeal, the motion to dismiss the appeal is denied, without costs. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred. Order in so far as appealed from affirmed, with ten dollars costs and disbursements.